# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>CHARLES LEE ROCKWOOD,<br><br>                   Defendant. | **8:11CR78**<br><br>**ORDER** |

      Defendant Charles Lee Rockwood appeared before the court on Wednesday, August 9, 2017 on an Amended Petition for Warrant for Offender Under Supervision [57]. The defendant was represented by Assistant Federal Public Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. A preliminary examination was held on August 10, 2017. I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

      The government moved for detention. A detention hearing was held on August 10, 2017. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger, the court finds the defendant has failed to carry his burden, and that he should be detained pending a dispositional hearing before Chief Judge Smith Camp.

      **IT IS ORDERED:**

      1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on September 21, 2016 at 11:30 a.m. Defendant must be present in person.

      2. The defendant, Charles Lee Rockwood, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

      3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 10th day of August, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge