IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CHARLES LEE ROCKWOOD,<br><br>          Defendant. | **8:11CR78**<br><br>**ORDER** |

This matter is before the Court on Defendant's "Motion to for Detention Review" (Filing No. 77). Upon review of the docket, the Court finds that the motion fails to allege any additional or changed circumstances from those addressed by the Court in Defendant's previous motion (Filing No. 65), and the evidentiary hearings held on August 10, 2017, and September 11, 2017. The motion is therefore necessarily overruled without further hearing. Accordingly,

**IT IS ORDERED:**

1. That the Defendant's "Motion to for Detention Review" [77] is denied without hearing.

Dated this 18th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge